UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 13 |
| Aaron James Arizmendi | : | |
| | : | CASE NO.: 5:17-bk-00744-RNO |
| Debtor | : | |

<u>PRAECIPE TO CHANGE DEBTORS' ADDRESS</u>

TO THE CLERK OF BANKRUPTCY COURT:

Please change the address of record for Debtor, Aaron James Arizmendi, to **5175 Winthrop Avenue, Mechanicsburg, Pennsylvania 17050**.

Date: <u>02/17/2020</u>    /s/ Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
By: Jason P. Provinzano, Esquire
16 W. Northampton Street
Wilkes-Barre, PA 18701
Attorney ID: 306451
P: 570-822-5771
F: 570-908-6664
Email: MyLawyer@JPPLaw.com