Certificate Number: 17572-PAM-DE-036417452

Bankruptcy Case Number: 17-00744



17572-PAM-DE-036417452

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2022, at 11:13 o'clock AM PDT, Aaron J Arizmendi completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 22, 2022

By: /s/Tania Duarte

Name: Tania Duarte

Title: Counselor